In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-25-00019-CV
_____

NEW CENTURY BANK, Appellant/Cross-Appellee

V.

CHRIS L. DENNIS AND DAWN D. DENNIS, Appellees/Cross-Appellants

On Appeal from the 457th District Court
Montgomery County, Texas
Trial Cause No. 23-09-12746-CV

## MEMORANDUM OPINION

New Century Bank, Appellant/Cross-Appellee, and Chris L. Dennis and Dawn D. Dennis, Appellees/Cross-Appellants, filed a Joint Motion to Dismiss Appeal. *See* Tex. R. App. P. 42.1(a)(1). The parties filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 2, 2025
Opinion Delivered April 3, 2025

Before Johnson, Wright and Chambers, JJ.